**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cr-80063-EA**

**UNITED STATES OF AMERICA**

**vs.**

**AP OF SOUTH FLORIDA, LLC,**
       **d/b/a FIORELLA INSURANCE AGENCY,**

              **Defendant.**

_____/

## <u>NOTICE OF PLEA AGREEMENT</u>

The United States, through undersigned counsel, hereby notifies the Court that the parties in the above-captioned matter have reached a plea agreement to resolve the charge contained in the Information.  A copy of the parties' fully-executed plea agreement, which the parties will present to the Court for consideration at a change of plea hearing, is attached as Exhibit A to this Notice.  Counsel for the parties will promptly contact the Court to schedule an initial appearance, arraignment, and change of plea hearing.

Dated: April 6, 2026              Respectfully submitted,

                    JASON A. REDING QUIÑONES
                    UNITED STATES ATTORNEY
                    SOUTHERN DISTRICT OF FLORIDA

                    LORINDA LARYEA, CHIEF
                    CRIMINAL DIVISION, FRAUD SECTION
                    U.S. DEPARTMENT OF JUSTICE

By:     */s/ Jamie de Boer*
Jamie de Boer
Florida Special Bar No. A5502601
Assistant Chief

D. Keith Clouser
Florida Special Bar No. A5502882
Trial Attorney

United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 304-6801 (de Boer)
Tel.: (202) 256-0867 (Clouser)
Jamie.deBoer@usdoj.gov
David.Clouser@usdoj.gov

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on April 6, 2026, I served and filed the foregoing document with the Clerk of the Court via ECF.

By: */s/ Jamie de Boer*
Jamie de Boer
Florida Special Bar No. A5502601
Assistant Chief

2