**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case Number: 26-cr-80063-EA

UNITED STATES OF AMERICA

v.

AP OF SOUTH FLORIDA, LLC, d/b/a
FIORELLA INSURANCE AGENCY,

     Defendant.

**MOTION FOR JOHN C. RICHTER TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of John C. Richter of the law firm of King & Spalding LLP, 1700 Pennsylvania Avenue NW, Suite 900, Washington D.C. 20006, (202) 626-5617 (telephone), for purposes of appearance as co-counsel on behalf of Defendant AP of South Florida, LLC, d/b/a Fiorella Insurance Agency in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit John C. Richter to receive electronic filings in this case, and in support thereof states as follows:

1.     is not admitted to practice in the Southern District of Florida and is a member in good standing of the following:

| JURISDICTION: | BAR NO.: |
| --- | --- |
| U.S. Supreme Court | |
| U.S. Court of Appeals, Fourth Circuit | |
| U.S. Court of Appeals, Tenth Circuit | |
| U.S. District Court, District of Columbia | |
| U.S. District Court, Northern District of Georgia | |
| U.S. District Court, Northern District of Oklahoma | |
| U.S. District Court, Western District of Oklahoma | |
| District of Columbia | 1014001 |

| | |
|---|---|
| Georgia | 606650 |
| Oklahoma | 20596 |

2.      Movant, Barry Kamar, of the law firm of King & Spalding LLP, 200 S. Biscayne Blvd., Suite 4700, Miami, Florida 33131, (305) 462-6000 (telephone), is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, John C. Richter has made payment of this Court's $250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      John C. Richter, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to John C. Richter at email address: jrichter@kslaw.com.

WHEREFORE, Barry Kamar moves this Court to enter an Order permitting John C. Richter to appear before this Court on behalf of Defendant AP of South Florida, LLC, d/b/a Fiorella Insurance Agency for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to jrichter@kslaw.com.

Dated: April 7, 2026

Respectfully submitted,

*/s/ Barry Kamar*
Barry Kamar
Florida Bar No. 1033842
**KING & SPALDING LLP**
Southeast Financial Center
200 S. Biscayne Blvd., Suite 4700
Miami, Florida 33131
Telephone: (305) 462-6000
Facsimile:  (305) 462-6100

bkamar@kslaw.com
miamilit@kslaw.com

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case Number: 26-CR-*80063-EA*

UNITED STATES OF AMERICA,

Plaintiff,

v.

*AP OF SOUTH FLORIDA, LLC, d/b/a
, FIORELLA INSURANCE AGENCY*

Defendant.

## CERTIFICATION OF JOHN C. RICHTER

John C. Richter, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of the U.S. Supreme Court: U.S. Court of Appeals, Fourth Circuit; U.S. Court of Appeals, Tenth Circuit; U.S. District Court, District of Columbia; U.S. District Court, Northern District of Georgia; U.S. District Court, Northern District of Oklahoma; U.S. District Court, Western District of Oklahoma; District of Columbia; Georgia; and Oklahoma; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

John C. Richter
D.C. Bar No. 1014001
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
Telephone: (202) 626-5617
Facsimile:  (202) 626-3737
jrichter@kslaw.com